UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERBIE C. PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:08-cv-990- SEB-TAB |
| vs. | ) | |
| | ) | |
| INDIANA NATIONAL GUARD, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The Court, having issued its Order Overruling Plaintiff's Objections to Magistrate Judge's Report and Recommendation as to Defendant's Motion for Summary Judgment and Granting Same, now, pursuant to Fed. R. Civ. P. 58, enters judgment in favor of Defendant and against Plaintiff on all claims asserted in this action.

IT IS SO ORDERED.

Date: 03/25/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Laura Lee Bowker
OFFICE OF THE INDIANA ATTORNEY GENERAL
laura.bowker@atg.in.gov

Thomas A. Sobecki
ATTORNEY AT LAW
tsobecki@tomsobecki.com

Cory Christian Voight
INDIANA OFFICE OF THE ATTORNEY GENERAL
cory.voight@atg.in.gov

1